IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHUKWUEMEKA IKEGWUONU,

    Defendant.

ORDER

15-cr-21-wmc-2

---

    Defendant Chukwuemeka Ikegwuonu, through counsel, has filed a motion for compassionate release under the FIRST STEP Act. Specifically, § 603(b) of the Act amends 18 U.S.C. § 3582(c)(1)(A) to permit an inmate to move the sentencing court for compassionate release after to the earlier of: (1) the inmate fully exhausting all administrative rights to appeal the failure of the Bureau of Prisons to make such a motion; or (2) the lapse of 30 days from the receipt of such a request by the warden.

    Here, Ikegwuonu contends that he has exhausted his administrative rights and provided extraordinary or compelling reasons to grant release due to the risk of Covid-19 infection, his medical condition placement at FCI-Elkton, and his mandatory consecutive sentence for possession of a firearm under 18 U.S.C. § 924(c) under then binding Seventh Circuit case law before *Dean v. U.S.*, 137 S.Ct. 1170 (2017). The court recognizes that all such requests are urgent and expects that all concerned parties will work expeditiously to resolve them. Nevertheless, the court requires additional information to determine whether there are extraordinary or compelling reasons to grant release here.

    Accordingly, Ikegwuonu is ordered to provide to the court and the U.S. Probation Office the following information: a proposed release plan, including the address of the residence;

family contact information; mode of transportation from prison to the proposed residence; and medical care needed, the provider of care in the community, and the source of funding, should the inmate be released. Among other factors, the court will consider whether treatment in the community will match care in the Bureau of Prisons, considering that community medical facilities may be providing only emergency care during the Covid-19 pandemic.

Upon receipt of the required information, the U.S. Probation Office is ordered to complete a pre-release investigation and submit a letter of findings to the court, the parties, and to the Bureau of Prisons.

Once the Probation Office has submitted its findings, the government has five days to respond to the motion for compassionate release. Ikegwuonu's reply, if any, is due the following day. The court will then schedule a prompt hearing (by telephone or videoconference), if necessary.

Entered this 12th day of June, 2020.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge