IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

              Plaintiff,

v.

CHUKWUEMEKA IKEGUWONU,

              Defendant.

ORDER

15-cr-21-wmc-2

---

Consistent with this court's earlier order granting defendant Chukwuemeka Ikegwuonu's motion for compassionate release (dkt. #122) and now being advised that the Probation Office has preliminarily approved his release plan, IT IS ORDERED that the United States Bureau of Prisons place the defendant in a 14-day quarantine for release as soon as possible. In the meantime, the defendant is INSTRUCTED to cooperate with the probation office's preparation of updated terms and conditions of release consistent with the court's previous order and current Seventh Circuit case law, so that he can be promptly released on Friday, August 14, 2020, or as soon thereafter as practical.

    Entered this 31st day of July, 2020.

                            BY THE COURT:

                            WILLIAM M. CONLEY
                            District Judge